OPINION — AG — ** ADULT PROBATION LAW — CRIMINAL CASES — DISTRICT ATTORNEY PROBATION ** THE PUBLIC HEALTH AND WELFARE COMMITTEE OF THE STATE LEGISLATIVE COUNCIL REQUESTS AN OPINION DEALING WITH THE CONSTITUTIONALITY OF AN ADULT PROBATION LAW IN THE STATE OF OKLAHOMA. (GUILTY PLEA, SUSPENDED SENTENCES) — IT WOULD BE UNCONSTITUTIONAL. CITE: ARTICLE II, SECTION 15, ARTICLE V, SECTION 10 (FRED HANSEN)